IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **APEX REI SERIES, LLC** § | |
| *Plaintiff,* § | |
| § | |
| vs. § | **CIVIL ACTION No. 4:22-cv-4128** |
| § | |
| **GREAT LAKES INSURANCE SE** § | |
| **AND CANDACE MORGAN** § | |
| *Defendants.* § | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Apex REI Series, LLC, and hereby files its Motion for Leave to File Sur-Reply to Defendant's Motion for Summary Judgment and would respectfully show the Court the following:

**I.**

Plaintiff desires to file a Sur-Reply to demonstrate the admissibility of Plaintiff's exhibits and shed light on Defendant's misrepresentations, whether intentional or not. Submitted simultaneously with this Motion for Leave to file is the Sur Reply, labeled Exhibit A.

Based upon the foregoing matters, Plaintiff urges the Court to grant this motion and order the Sur-Reply filed by the Clerk and attached to the record.

**PRAYER**

WHEREFORE, Murphy respectfully requests that his Motion for Leave be granted. Plaintiff seeks any just and further relief to which it may show itself to be entitled.

1

                                          Respectfully Submitted,

By:    */s/ Andrew A. Woellner*
          **Andrew A. Woellner**
          SBN:  24060850
          FBN:  876537
          **THE POTTS LAW FIRM, LLP**
          3737 Buffalo Speedway, Suite 1900
          Houston, Texas 77098
          Telephone (713) 963-8881
          Facsimile (713) 583-5388
          Emails: awoellner@potts-law.com

          **ATTORNEY FOR PLAINTIFF**

**OF COUNSEL:**
**Tabatha R. Fuentes**
State Bar No. 24094012
Federal ID No. 3514889
**THE POTTS LAW FIRM**
3737 Buffalo Speedway, Suite 1900
Houston, Texas 77098
(o) (713) 963-8881
(f) (713) 583-5388
tfuentes@potts-law.com

**CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing instrument has been served via CM/ECF upon all counsel of records on this 4th day of December, 2023.

                                            */s/ Andrew A Woellner*
                                            Andrew A. Woellner