Case 4:22-cv-04128   Document 33   Filed on 12/05/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 05, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| APEX REI SERIES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. H-22-4128 |
| GREAT LAKES INSURANCE SE AND CANDACE MORGAN, | § § § § | |
| Defendants. | § § § | |

## ORDER

It is ORDERED that Plaintiff's Motion for Leave to File a Sur-Reply to Defendant's Motion for Summary Judgment is GRANTED. Plaintiff's Sur-Reply is filed and made a part of the record.

SIGNED on December 5, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge